**Order entered December 2, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00297-CR

**SAUL RANULFO HERRERA RIOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-24112-P**

## ORDER

We **REINSTATE** the appeal.

By order entered September 9, 2019, the Court abated this appeal to allow the trial court to file findings of fact regarding appellant's jury waiver. The trial court has filed its findings.

Appellant's brief shall be due **thirty days** from the date of this order.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE